[No. 2327-3.  Division Three.  December 21, 1977.]

THE CITY OF CHENEY, *Respondent*, v. PHILLIP S.
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 25183, William H. Williams, J.,

entered March 7, 1977. *Affirmed* by unpublished per curiam opinion.